IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:23CR69 |
| vs. | MOTION TO DISMISS |
| DOMINGO ZETINO-HERNANDEZ, | |
| Defendant. | |

COMES NOW Plaintiff, United States of America, by and through the Acting United States Attorney for the District of Nebraska, and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, respectfully requests leave to dismiss, without prejudice, the Indictment filed herein (Filing No. 1), as it related to the Defendant, DOMINGO ZETINO-HERNANDEZ.

Respectfully submitted,

UNITED STATES OF AMERICA,
Plaintiff,

By: _____
SUSAN T. LEHR
Acting United States Attorney
1620 Dodge Street, Suite 1400
Omaha, NE 68102-1506
(402) 661-3700

CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants. I also hereby certify that a copy of the same was served by regular mail, postage prepaid, to the following non-CM/ECF participants: None.

s/ Donald J. Kleine
Assistant U.S. Attorney