IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>DOMINGO ZETINO-HERNANDEZ,<br><br>　　　　　　　　Defendant. | 8:23-CR-69<br><br>**ORDER DISMISSING THE INDICTMENT WITHOUT PREJUDICE** |

　　　　This matter is before the Court on the United States' Motion to Dismiss. Filing 41. Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States "requests leave to dismiss, without prejudice, the Indictment" filed in this case. Filing 41 at 1 (citing Filing 1). The Court finds the Motion should be granted. Accordingly,

　　　　IT IS ORDERED: The Government's Motion to Dismiss, Filing 41, is granted. The Indictment, Filing 1, is dismissed without prejudice

　　　　Dated this 15th day of November, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Brian C. Buescher
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge